UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re: Bky File No: 19-33928 – KAC

Chapter 7

Chad Nicholas Buehring and Lynnette Marie Buehring,

**<u>ORDER GRANTING RELIEF FROM STAY</u>**

Debtors.

---

This case is before the court on the motion of Unity Bank for relief from the automatic stay imposed by 11 U.S.C. 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. 362(d) to warrant relief, but that the motion is moot as to the debtors, the automatic stay having terminated upon entry of the debtors' discharge.

IT IS ORDERED:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. 362(a) is terminated as to the estate's interest in the property such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Parcel 1:

The Northeast Quarter of the Southwest Quarter (NE¼ of SW¼) and the Southwest Quarter of the Southeast Quarter (SW¼ of SE¼), in Section Thirteen (13), Township Thirty-seven (37) North, Range Twenty-two (22) West, Chisago County, Minnesota, EXCEPTING THEREFROM the South 450 Feet of the Northeast Quarter of the Southwest Quarter of Section Thirteen (13), Township Thirty-seven (37) North, Range Twenty-two (22) West, Chisago County, Minnesota.

(PID: 06.00269.00)

And

The Northeast Quarter of the Northeast Quarter (NE¼ of NE¼) of Section Twenty-four (24), Township Thirty-seven (37) North, Range Twenty-two (22) West, Chisago County, Minnesota EXCEPTING THEREFROM the following described parcel:

That part of the Northeast Quarter of the Northeast Quarter of Section Twenty-four (24), Township Thirty-seven (37), Range Twenty-two (22), Chisago County, Minnesota, described as follows:
Commencing at the northeast corner of said Section 24; thence on an assumed bearing of South 0 degrees 00 minutes 17 seconds West, along the East line of said Section 24, a distance of 850.07 feet; thence South 80 degrees 24 minutes 45 seconds West, 672.76 feet to the point of beginning of the tract herein described; thence continuing on a bearing of South 80 degrees 24 minutes 45 seconds West, 390.14 feet; thence North 5 degrees 52 minutes 03 seconds West, 315.69 feet, thence North 89 degrees 45 minutes 13 seconds West 185.38 feet to the West line of said Northeast Quarter of the Northeast Quarter; thence South O degrees 08 minutes 15 seconds East, along last said line 601.45 feet; thence North 80 degrees 24 minutes 45 seconds East 610.00 feet; thence North 0 degrees 08 minutes 15 seconds West 250.00 feet to the point of beginning.

(PID: 06.00532.00, with the excepted property as 06.00532.10)

Parcel 2:

The Southwest Quarter of the Northwest Quarter (SW ¼ of NW ¼), Section Eighteen (18), Township Thirty-seven (37) North, Range Twenty-one (21) West, except the South 2 Rods thereof, Chisago County, Minnesota.

(PID: 06.00050.00)

Parcel 3:

The North Half of the Southeast Quarter of Section Thirteen (13), Township Thirty-seven (37), Range Twenty-two (22), Chisago County, Minnesota.

(PID: 06.00271.00)

Parcel 4:

The West Half of the Southeast Quarter of the Southeast Quarter of Section Thirteen (13), Township Thirty-seven (37), Range Twenty-two (22), Chisago County, Minnesota.

(PID: 06.00272.10)

Parcel 5:

The Southeast Quarter of the Southeast Quarter (SE¼ of SE¼) of Section Twelve (12), Township Thirty-seven (37), Range Twenty-two (22), Chisago County, Minnesota.

(PID: 06.00260.00)

And

The East Half of the Northeast Quarter (E ½ of NE¼) of Section Thirteen (13), Township Thirty-seven (37), Range Twenty-two (22), Chisago County, Minnesota.

(PID: 06.00261.00)

Parcel 6:

That part of the Northwest Quarter of the Northeast Quarter (NW ¼ of NE ¼), Section Twenty-four (24), Township Thirty-seven (37) North, Range Twenty-two (22) West, described as follows:

Commencing at the north quarter corner of said Sec. 24; thence 92 degrees 15 minutes 40 seconds, assumed azimuth from North along the north line of the NE¼ of said Sec. 24, a distance of 647.07 feet; thence 179 degrees 35 minutes, 634.48 feet; thence 270 degrees 59 minutes 42 seconds, a distance of 32.70 feet to the point of beginning of the parcel to be described; thence return 90 degrees 59 minutes 42 seconds along the last described line, a distance of 32.70 feet; thence 89 degrees 35 minutes to the east line of said NW¼ of NE ¼; thence northerly, along said east line to the northeast corner of said NW ¼ of NE ¼ thence 272 degrees 15 minutes 40 seconds along the north line of said NW ¼ of NE ¼ to a point distant 248.73 feet easterly of the north quarter corner of said Sec. 24; thence 176 degrees 22 minutes 23 seconds, a distance of 234.36 feet; thence 139 degrees 29 minutes 42 seconds, a distance of 546.75 feet to the point of beginning.

(PID: 06.00533.15)

All contained in the County of Chisago, State of Minnesota.

*April 6, 2020*

/e/ Katherine A. Constantine
United States Bankruptcy Judge

4844-7126-1876, v. 1

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/06/2020*
Lori Vosejpka, Clerk, by CG